IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-115 |
| THIEN HUC TRAN<br>TON HUYNH BUI | |

# FINAL ORDER OF FORFEITURE

AND NOW, this 11th day of March, 2024, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 982, free and clear of all right, title, and interest of any person or entity, including, without limitation, Thien Phuc Tran and Ton Huynh Bui:

a. 2017 Toyota Sienna, VIN: 5TDYZ3DC3HS898357, CA Tag: 8AZS363, registered to Thien Phuc Tran, further described at asset identification number 24-FBI-000636;

b. $133,975.00 in United States currency seized from Ton Huynh Bui, further described at asset identification number 22-FBI-004829;

c. Miscellaneous gold bars and coins seized from Ton Huynh Bui, including nine "Vietnam" Jean's Fine Jewelry 31.7 Gr Gold Bars; 5 G Fine Gold (QR Code) #ZAUFS00079; "Suisse" Ounce .999.9 Pure Bars #CA811298; "Suisse" Ounce .999.9 Pure Bars #140253; "Suisse" Ounce .999.9 Pure Bars #138950; "Suisse" Ounce .999.9 Pure Bars #140303; "Suisse" Ounce .999.9 Pure Bars #139106; "Suisse" Ounce .999.9 Pure Bars #A314898; "Suisse" Ounce .999.9 Pure Bars #138951; and "APMEX" Ounce .999.9 Pure Bars #60162, all of which are further described at asset identification number 22-FBI-004955;

d. Miscellaneous jewelry seized from Rita Huang, including Van Cleef & Arpels "Clover" necklace made of Tiger Eye with light weight chain; Hetian green

       sculpted jade "PIG" necklace on black cord; and 30" chain with triangular clay pendant, all of which are further described at asset identification number 22-FBI-004957; and

e.      $11,042.00 in United States currency, seized from Rita Huang, further described at asset identification number 22-FBI-004956.

                                            s/ J. Nicholas Ranjan
                                            United States District Court Judge