IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-115 |
| THIEN PHUC TRAN | |

O R D E R

AND NOW, to wit, this 12th day of March 2024, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant THIEN PHUC TRAN.

s/ J. Nicholas Ranjan
HONORABLE J. NICHOLAS RANJAN
UNITED STATES DISTRICT JUDGE